FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 21  PM 4: 08

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HEATHER L. MITCHELL AND MICHAEL MITCHELL | * | CIVIL ACTION NO. 09-801 |
| PLAINTIFFS | * | JUDGE A.J. McNAMARA |
| VS. | * | MAG. JUDGE DANIEL E. KNOWLES, III |
| NCO FINANCIAL SYSTEMS, INC. | * | |
| DEFENDANT | * | |

### ORDER

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that the plaintiffs' claims are dismissed with prejudice.

New Orleans, Louisiana, this 21st day of April, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_\_